

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00012-CV

ARTURO F. DE LA MORA                                      APPELLANT

V.

NORMA E. DE LA MORA                                       APPELLEE

----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-20611-158

----------

## MEMORANDUM OPINION[1]

----------

Appellant Arturo F. De La Mora, pro se, attempts to appeal the trial court's December 16, 2014 ruling on a motion to enforce a divorce decree. On January 9, 2015, we notified Appellant of our concern that we lacked jurisdiction over his appeal because the trial court clerk had informed us that the trial judge had not signed an order, and we informed Appellant that because it appeared there was

---

[1]See Tex. R. App. P. 47.4.

no final judgment or order subject to appeal, his notice of appeal was premature. *See* Tex. R. App. P. 26.1(a), 27.1(a).  We further informed Appellant that unless he or any party desiring to continue the appeal furnished this court with a signed copy of the order that he seeks to appeal by January 29, 2015, we would dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3, 44.4(a)(2).  We have received no response to our letter, nor have we received a copy of a signed order from the trial court in this case.  We have also confirmed with the trial court clerk that no final order has been signed.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory orders may be appealed only if allowed by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).  Here, the trial court has not signed an appealable interlocutory order or a final judgment. Therefore, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  March 12, 2015

2